IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOSEPH CORBETT, | : | Case No. 3:11-cv-339 |
| | : | |
| Petitioner, | : | Judge Walter Herbert Rice |
| - vs - | : | |
| BENEFICIAL OHIO, INC. d/b/a BENEFICIAL MORTGAGE CO. OF OHIO, et. al., | : | |
| Respondent. | : | |

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.

February 1, 2013               s/ Walter H. Rice
                               WALTER H. RICE,  JUDGE
                               UNITED STATES DISTRICT COURT

AOProcessing/"Issues involving Motion for Judgment on the Pleadings(Doc. #27) certified to the Supreme Court of Ohio."